# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX TABATABAEE,<br><br>          Plaintiff,<br><br>     v.<br><br>BRIAN MARSHALL, et al.,<br><br>          Defendants. | ) 1:13-cv-00911-LJO-BAM (PC)<br>)<br>) ORDER GRANTING PLAINTIFF'S<br>) MOTION REGARDING LODGED SECOND<br>) AMENDED COMPLAINT<br>) (ECF No. 12)<br>)<br>) ORDER DIRECTING CLERK OF COURT<br>) TO OPEN NEW CASE WITH LODGED<br>) SECOND AMENDED COMPLAINT (ECF<br>) No. 11)<br>)<br>) ORDER STRIKING LODGED SECOND<br>) AMENDED COMPLAINT FROM THIS<br>) ACTION  (ECF No. 11)<br>) |

Plaintiff Alex Tabatabaee ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on June 17, 2013.  On June 28, 2013, Plaintiff filed a first amended complaint.  (ECF No. 7.)

On August 11, 2014, a second amended complaint was lodged in this action.  (ECF No. 11.)

On September 2, 2014, Plaintiff filed a notice that the lodged second amended complaint was intended to be a filed as a new action.  (ECF No. 13.)

On September 15, 2014, Plaintiff filed motion requesting that his lodged complaint be filed as a new action.  (ECF No. 12.)

1

1   Having considered Plaintiff's moving papers, his request is HEREBY GRANTED.  The
2  Clerk of the Court is DIRECTED to file Plaintiff's lodged Second Amended Complaint (ECF
3  No. 11) in a new action and randomly assign a Magistrate Judge.  The lodged second amended
4  complaint shall be STRICKEN from this action.

6  IT IS SO ORDERED.

7   Dated:  **October 1, 2014**          /s/ *Barbara A. McAuliffe*
8                                   UNITED STATES MAGISTRATE JUDGE